UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARLOS ALFARO and RENE PINEDA SANTOS,         12 CV 1506 (ADS) (AKT)
Individually, and on behalf of all others similarly
situated,
                                                                                        NOTICE OF
                                                                                        APPEARANCE
                            Plaintiffs,

        -against-

COLISEUM KITCHEN, INC., RICHARD
COMITO, and RALPH GALDORISI

                            Defendants.
------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   Kindly enter my appearance as counsel for the plaintiffs. I certify that I am admitted to

practice law in the Eastern District of New York.

Date:   Westbury, New York
        April 30, 2012

                            Law Offices of Neil H. Greenberg & Associates, P.C.
                            Attorneys for the Plaintiff

                            By: _____
                                Justin M. Reilly, Esq. (JR 9944)
                                900 Merchants Concourse, Suite 314
                                Westbury, New York 11590
                                (516) 228-5100