## COLISEUM KITCHEN, INC.
## PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against Coliseum Kitchen, Inc. and its shareholders as a Plaintiff pursuant to 29 U.S.C. section 216(b), to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. section 201 et seq. and any applicable state laws.

I hereby designate Neil H. Greenberg & Assoc. P.C. to represent me in this suit. I understand that this form may be filed with the court in order to include me in the lawsuit.

Dated: 05/02/12

_____
(signature here)

José Nery Vasquez
(print name here)

Print address here: 202 Yale
St. Hempstead
NY 11550.