UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CARLOS ALFARO and RENE PINEDA SANTOS,
Individually, and on behalf of all others similarly
situated,

                           Plaintiffs,

              -against-

COLISEUM KITCHEN, INC., RICHARD
COMITO, and RALPH GALDORISI,

                         Defendants.

-----------------------------------------------------------x

Civil Action No.: CV 12-1506

Spatt, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAY 10 2012   ★

LONG ISLAND OFFICE

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED AND AGREED, by and between Plaintiffs Carlos Alfaro and Rene Pineda Santos ("Plaintiffs") and Defendants sued herein as Coliseum Kitchen, Inc., Richard Comito and Ralph Galdorisi ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter shall be extended until and including June 6, 2012;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline of May 9, 2012 have been made;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that Defendants hereby waive any defenses based on alleged defects in service of process;

| | |
|---|---|
| LAW OFFICES OF NEIL H. GREENBERG & ASSOCIATES, P.C.<br>900 Merchants Concourse, Ste. 314<br>Westbury, New York 11590<br>(516) 228-5100 | JACKSON LEWIS LLP<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 410<br>Melville, NY 11747<br>(631) 247-0404 |
| By: _____<br>Neil H. Greenberg, Esq.<br>Justin M. Reilly, Esq.<br><br>Dated: 5/7/12 | By: _____<br>Marc S. Wenger, Esq.<br>Noel P. Tripp, Esq.<br><br>Dated: 5/9/12 |

SO ORDERED on this 10° day of May, 2012

_____
United States District Judge

4812-3848-1423, v. 1

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**